No. 59811.—W. N. Proctor Co. v. United States, protests 175974–K, etc. (Boston).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of Angora rabbit hair similar in all material respects to that the subject of *W. N. Proctor Company* v. *United States* (35 Cust. Ct. 89, C. D. 1727), the claim of the plaintiff was sustained.

No. 59812.—E. Leitz, Inc. v. United States, protests 236345–K, 235810–K, and 252213–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

BEFORE THE SECOND DIVISION, APRIL 5, 1956

No. 59813.—Inter-Maritime Forwarding Co., Inc. v. United States, protest 230067–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bicycles, having wheels in diameter (measured to the outer circumference of the tire) over 25 inches, weighing under 36 pounds complete without accessories, not designed for use with tires having a cross-sectional diameter over 1⅝ inches, valued at over $16.66⅔ each, the claim of the plaintiff was sustained.